REMON A. SHIELDS #P64820
CSP-SACRAMENTO/ B-2-126-L
P.O. BOX 290066
REPRESA, CA 95671-0066

Original

FILED
JAN 1 6 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(PR)

REMON A. SHIELDS,

    Petitioner on Habeas Corpus.

V.

A. SCHWARZENEGGER, Governor,
    Respondent.

No. CV 08 0274 F

REQUEST FOR APPOINTMENT OF COUNSEL [AS ORDERED UNDER (ADA) REMEDIAL PLANS IN ARMSTRONG v. SCHWARZENEGGER and CLARK v. CALIFORNIA AND (ADA) DECLARATION OF MENTAL DISABILITY

I, REMON SHIELDS, declare that I am the petitioner to the above-referenced matter, that I am incarcerated at California State Prison New Folsom, Represa California and that I am indigent and unable to afford counsel.

I hereby request that counsel be appointed in this matter so that my interest may be protected by professional competent counsel as required by law; See attached (ADA) Declaration for Appointment of counsel [Dated: March 21st, 2007].

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was excuted on January 7th, 2008

*Remon A. Shields*
REMON A. SHIELDS
Petitioner In Pro Se

REMON A. SHIELDS
B-FACILITY 5 BLK #103
CSP-SAC, P.O. BOX 290066
REPRESE, CA 95671-0066

March 21, 2007

I am an inmate currently housed at CSP-Sacramento. I have a case pending in your court.

Case No:

I claim to have a disability covered under the American with Disabilities Act. This disability makes it hard for me to read, write and/or understand material regarding my case. I ask the court to provide me with appointment of counsel so I can proceed with my case.

Respectfully,

*Remon Shields*

REMON A. SHIELDS (P-64820)

This inmate was assisted in writing this letter by J. Gaskin, CCI. This assistance was given to satisfy obligations of California Department of Corrections and Rehabilitations and under the terms of the two courts ordered remedial plans. Armstrong v. Schwarzenegger and Clark v. California are federal civil rights actions brought pursuant to the Americans with Disabilities Act (ADA). Under the terms of the remedial plans, the Department of Corrections and Rehabilitation is obligated to advise the court that the above inmate is claiming a disability and is requesting a reasonable accommodation under the ADA. This letter satisfies the Department's obligation. The above inmate may be unable to effectively communicate with the court or fully prosecute this action due to their claimed disability.

INAMTE'S CLAIMED DISABILITY: Low cognitive function, Attention Disorder and Mild Retardation.

INMATE'S REQUESTED ACCOMMODATIONS: Assignment/Appointment of Counsel

J. GASKIN, CCI

## PRAYER FOR RELIEF

**PETITIONER REMON SHIELDS** is without remedy save by Writ of Habeas Corpus. Wherefore, Petitioner prays that the court:

1. Issue an order to show cause; Grant the Writ of Habeas Corpus and order Respondent to respond.
2. Allow Petitioner to conduct discovery and Order repondent to presnt discovery.
3. Conduct an evidentiary hearing.
4. Allow Petitioner the right to expand the record.
5. Declare Petitioner right's and modify Petitioner's indeterminated sentence under <u>Cunningham v. California</u>.
6. Appoint counsel, under the enclosed appointment for counsel request.
7. That this court reverse petitioner conviction .

Dated: January 7th, 2008

*Remon Shields*
**REMON SHIELDS**
In Pro Se

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _Remon Shields_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP-SAC / B-2-126L_
_P.O. Box 290066_
_Represa, CA 95671-0066_

On, _January 7TH, 2008_, I served the following documents:

_(ADA) Request for appointment of Counsel and Prayer for Relief_ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _U.S. Dist. Court_
_Northern Dist. of Cal._
_450 Golden Gate Ave._
_P.O. Box 36060_
_San Francisco, CA 94102_

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _January_ day of _7TH_, _2008_, at California State Prison at Sacramento, Represa, California.

(Signature) _Remon Shields_
Declarant