1  REMON A. SHIELDS #P64820
2  CSP-SAC/ B-4-104
3  P.O. BOX 290066
4  Represa, CA 95671-0066

ORIGINAL

2008 JUL -8 A 7 48

RICHARD W. [WIEKING]
CLE[RK]
U.S. DISTRI[CT COURT]
NO. DIST. OF [CA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMON A. SHIELDS,

    Petitioner,

vs.

A. SCHWARZENEGGER,

    Respondent.

No. C 08-0274 JF (PR)

"OPPOSITION"

Petitioner, hereby states an "OPPOSITION" and moves for dismissal of Respondant (Motion to dismiss Petition as untimely), and that Respondant be ordered to "ANSWER" Petitioner's petition as to it's merit(s).

STATEMENTS OF OPPOSITION

(1) Petitioner's, Petition for Writ of Habeas Corpus to the Alameda County Superior (State Court) and Federal Habeas Corpus was "timely" and "Properly filed" under the Antiterrorism and Effective Death Penalty Act

1  (AEDPA) in 28 U.S.C. §2244(d), in lieu of the "mailbox rule."

3  (2) Petition for Writ of Habeas Corpus to the
4  Alameda County Superior Court (State Court) and Federal Court
5  was "Timely" and "Properly Filed" under the (AEDPA) in lieu of
6  "Equitable Tolling", due to "Extraodinary Circumstance(s)" beyond
7  Petitioner's control.

9  OPPOSITION

11  (1) Petition to State Court was "Timely" and
12  "Properly filed" in lieu of "Mailbox Rule": In February 2007
13  (before February 21st, 2007); Petitioner submitted a petition for
14  writ of Habeas Corpus to prison official's to be file/sent and
15  filed in the Alameda County Superior Court. Under the "Mailbox
16  Rule"; Once Petitioner submitted the Petition to State Correctional
17  Officer, to be placed in the U.S. postal mail, to be sent to the (State
18  Court), the petition is consider "filed" in the designated court at
19  that time. Therefore; Respondant argument and/or contention(s)
20  that, Petitioner's petition was "UNTIMELY" and should be dis-
21  missed as "untimely" is without merit. Petitioner has "NO"
22  control of when State Official's placed Petitioner's petition in
23  the mail to the (State Court), nor when the (State Court)
24  received and filed Petitioner's petition. Petitioner's petition
25  was "timely" and "properly filed" in and to the (State Court)
26  under the (AEDPA) standards of 28 U.S.C. §2244(d); and There-
27  fore Petitioner's Federal Petition for Writ of Habeas Corpus is
28  "timely" and "Properly filed" in this Court.

1  (2) Petition for Writ of Habeas Corpus was "timely"
2  and "Properly filed" in lieu of "Equitable Tolling", due to "Extra-
3  odinary Circumstance(s)" beyond Petitioner's control:
4
5  (2a). Petitioner did NOT receive the "Complete" Trial
6  court record, from Appellate Counsel (Stephen Greenberg) until
7  March 21st, 2006; Approximately one month after United States
8  Supreme Court denied Certiorari (February 21st, 2006).
9
10  (2b). On; July 28th, 2006; Petitioner was committed to
11  "MOHU" Mental Outpatient Housing Unit for Accute Psychological
12  treatment and suicide pervention, at which point Petitioner
13  did not have access to court record (legal property). On;
14  September 20th, 2006; Petitioner received his legal property.
15
16  (2c). On; December 28th, 2006; Petitioner was sent to
17  Ad-Seg, at which time Petitioner did not have access to his legal
18  property. Petitioner was issued his legal property on January 10th,
19  2007. Upon receipt of legal propety, Petitioner noticed and report-
20  ed missing legal documents (Reporter's transcript(s), Volumes 1-6
21  and Juvenile court file record) document(s) that are critical and
22  relevant to Petitioner's issue(s) addressed/raised in Petitioner's
23  petition; and
24
25  (2d). On; January 17th, 2007; Petitioner submitted an
26  PLU (Preferred Legal User) form to the CSP-SACRAMENTO, B-Facil-
27  ity Law Library Librarian; Petitioner was granted PLU, on;
28  January 22nd, 2007; However, due to construction in the Law Library

3 of 4

Petitioner did not have access to the Law Library, Law Library Clerk's, Legal material (legal books, case law, etc..), nor the "Paging system" (for legal material); Until February 6th, 2007.

Petitioner need for access to the Law Library and Assistance from the Law Library Clerk's, is due to Petitioner's mental and learning impairment/disability and Mental Health status; Petitioner was diagnosed as mildly Retarded, has a reading level tabe score of 2.5 and Petitioner is in the CDCR Mental Health Program.

It is the Petitioner's position that under 28 U.S.C. §2244(d) "Equitable Tolling" is applicable to all the above "Extraordinary Circumstance(s)" Petitioner has stated, due to the situation(s) and/or Circumstance(s) was beyond Petitioner's control, and therefore 85 days should be tolled.

Lastly, for all the given, the Respondant instant (motion to dismiss) Petitioner's Federal Petition for writ of Habeas Corpus as "Untimely" should be denied.

## CONCLUION AND REQUEST(S)

Accordingly; Petitioner respectfully request(s) that: Petitioner's petition be deemed "timely" filed under the "Mailbox Rule"; and That 85 day(s) be tolled under "Equitable Tolling", due to the stated and listed "Extraordinary Circumstance(s)"; and That the Respondants "Motion to Dismiss Petition as Untimely" be denied with prejudice, and Respondant be made to ANSWER Petitioner's petition as to it's merit(s).

Dated: June 30th, 2008       Respestfully Submitted,   *Remon A. Shields*
                                                         REMON A. SHIELDS
4 of 4                                                          pro se.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REMON A. SHIELDS,
　　　　　　　Plaintiff or Petitioner,

V.

A. SCHWARZENEGGER,
　　　　　　　Defendant or Respondent.

Case Number: C 08-0274 JF (PR)

PROOF OF SERVICE

I hereby certify that on (Date) June 30th, 2008, I served a copy of the attached "OPPOSITION"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said enevelope in the United States Mail at CSP-SACRAMENTO; P.O. Box 290066 Represa, CA 95671-0066

(List Name and Address of Each Defendant, Attorney or Court served)

1. Office of the Attorney General
   455 Golden Gate Ave., Suite 11000
   San Francisco, CA 94102-3664

*2. Office of the Clerk
   United States District Court
   Northern District of California
   280 South First Street, Room 2112
   San Jose, CA 95113-3095

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　Remon A. Shields
　　　　　　　(Name of Person Completing Service)

MR. Kenun A. Shields + P64820
CSP-SAC / B-4-104
P.O. Box 290066
Represa, CA 95671-0066

OFFICE OF THE CLERK
UNITED STATES DISTRICT CO
NORTHERN DISTRICT OF CALIFOR
280 South FIRST STREET, Room
San Jose, CA 95113-3095

