
1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REMON A. SHIELDS,** | C 08-0274 JF (PR) |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **A. SCHWARZENEGGER, Governor of California,** | |
| Respondent. | |

Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 30-day enlargement of time, to and including August 14, 2008, within which to file a reply to petitioner's opposition. The application is based on the file in this case and the attached declaration of Juliet B. Haley. Respondent has not made any previous request.

///

///

///

Application for Enlargement of Time - Shields v. Schwarzenegger - C 08-0274 JF (PR)

1 | Dated: July 14, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | 

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Juliet B. Haley

10 |

11 | JULIET B. HALEY
Deputy Attorney General
Attorneys for Respondent

13 | 20123064.wpd
14 | SF2008401754

Application for Enlargement of Time - Shields v. Schwarzenegger - C 08-0274 JF (PR)

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Remon A. Shields v. A. Schwarzenegger, Governor of California**

No.:   **C 08-0274 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 14, 2008</u>, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Remon A. Shields**
**P64820**
**CSP-Sacramento**
**PO Box 290066**
**Represa, CA 95671-0066**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 14, 2008, at San Francisco, California.

|   J. Wong   |   _J Wong_   |
|:---:|:---:|
| Declarant | Signature |

20123093.wpd

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY, State Bar No. 162823
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5960
  Fax:  (415) 703-1234
  Email:  Juliet.Haley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REMON A. SHIELDS,** <br><br> Petitioner, <br><br> v. <br><br> **A. SCHWARZENEGGER, Governor of California,** <br><br> Respondent. | C 08-0274 JF (PR) <br><br> **DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |

     I am the California Deputy Attorney General assigned to handle the above-captioned case. Respondent's Reply is due July 15, 2008.  I have not previously requested any enlargements of time in this case.

     I request an additional 30 days to file a Reply for the following reason:  Respondent has moved to dismiss the instant federal habeas petition on the basis that it was filed beyond the statute of limitations.  Petitioner has opposed the motion claiming, without any evidentiary support, that accounting for the mail box rule he filed his Alameda Superior Court habeas petition before the statute of limitations expired.  I need additional time to obtain a copy of his state habeas petition to attempt to assess what date he gave his petition to state prison officials for filing.  I have assigned

Declaration of Juliet Haley in Support of Application for Enlargement of Time - Shields v. Schwarzenegger - C 08-0274 JF (PR)

1

1  a paralegal to this task and he has contacted the Alameda County Superior Court Clerk's Office and
2  requested the file.  In  my experience obtaining these files can take a couple of  weeks.  Until I have
3  a copy of the petition I can not file a complete response to petitioner's opposition to the motion to
4  dismiss.
5       For the above-state reasons, I respectfully request that the Court grant Respondent thirty
6  days (30), to and including August 14, 2008, in which to file an Respondent's  Reply.
7       I declare under penalty of perjury that the foregoing is true and correct.
8       Executed this 14 of July, 2008, in San Francisco.

10          /s/ Juliet B. Haley
             _____
11
             JULIET B. HALEY
             Deputy Attorney General
12           Attorney for Respondent

20123070.wpd
15  SF2008401754

Declaration of Juliet Haley in Support of Application for Enlargement of Time - Shields v. Schwarzenegger - C 08-0274 JF (PR)

2