IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REMON A. SHIELDS,** | C 08-0274 JF (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **A. SCHWARZENEGGER, Governor of California,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing respondent's reply is extended to and including August 14, 2008.

Dated: _____    _____
The Honorable Jeremy Fogel

[Proposed] Order - Shields v. Schwarzenegger - Case No. C 08-0274 JF (PR)