Mr. REMON A. SHIELDS #P64820
CSP-SAC/B-4-104
P.O. Box 290066
Represa, CA 95671-0066
In pro-se

ORIGINAL

FILED

2008 JUL 30 P 2:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMON A. SHIELDS,
Petitioner,
vs.
A. SCHWARZENEGGER,
Respondent.

No. C 08-0274 JF (PR)

REQUEST FOR EVIDENTIARY HEARING FOR (AEDPA) EQUITABLE TOLLING CLAIM(S) UNDER "EXTRAORDINARY CIRCUMSTANCE AND MAILBOX RULE"

Petitioner, hereby moves for an Evidentiary hearing for his 28 U.S.C. § 2244(d) (AEDPA) Equitable Tolling claim(s) under "Extraordinary Circumstance and Mailbox Rule"; That was submitted to this court in (Petitioner's "OPPOSITION") dated June 30th, 2008 and filed in this court July 8th, 2008.

An Evidentiary Hearing on the issue of "Equitable Tolling" is needed to resolve the factual and actual accuracies that Petitioner raise(s) in his claim(s) of "Extraordinary Circumstance(s) and Mailbox Rule" under 28

U.S.C. §2244(d) (AEDPA) Equitable Tolling. Petitioner believes this is necessary to save unexpendable time on the behalf and in the interest of all parties; and Also to bring the merit(s) in and of Petitioner's Federal Habeas Corpus vis-á-vis with a factual finding Judgement of this court in the spirit and interest of Justice.

For the above-stated reason(s), I respectfully request that the court grant Petitioner an Evidentiary Hearing for claim(s) of Equitable Tolling under "Extraordinary Circumstance(s) and Mailbox Rule".

Respectfully Submitted;

Dated: July 23RD, 2008

Remon A. Shields

REMON A. SHIELDS
In pro-se.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REMONA. SHIELDS,
Plaintiff or Petitioner

v.

Case Number: C 08-0274 JF (PR)

A. SCHWARZENEGGER,
Defendant or Respondent

**PROOF OF SERVICE**

I hereby certify that on (Date) July 23rd, 2008, I served a copy

of the attached REQUEST FOR EVIDENTIARY HEARING,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at CSP-SACRAMENTO; P.O. Box 290066; Represa, CA 95671-0066

**(List Name and Address of Each Defendant, Attorney or Court served)**

1. Office of the Clerk
United States District Court
Northern District of California
280 South FIRST Street, ROOM 2112
San Jose, CA 95113-3095

2. Office of the Attorney General
455 Golden Gate Ave., Suite 11000
SAN Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

Remona A. Shields
(Name of Person Completing Service)



Ramon A. Shields #P64820
-SAC/ B-4-104
. Box 290066
presa, CA 95671-0066
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.59⁰
02 1A
0004609711 JUL 25 2008
MAILED FROM ZIP CODE 95670
Office of the Clerk
United States District Court
Northern District of California
280 South FIRST Street, Room 2112
San Jose, CA 95113-3095
Confidential Legal Mail
95113$3008 C060

7/24/08