REMON A. SHIELDS #P64820
CSP-SAC / C-4-106
P.O. Box 290066
Represa, CA 95671-0066

In pro se.

ORIGINAL

FILED

2008 AUG 28 P 3:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REMON A. SHIELDS,

    Petitioner,

vs.

A. SCHWARZENEGGER,

    Respondent.

No. C 08-0274 JF (PR)

PETITIONER MOTION FOR ENTRY OF DEFAULT AGAINST AND OPPOSING THE FILING OF RESPONDENT'S "REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION AS UNTIMELY"

    Petitioner, hereby moves for an ENTRY OF DEFAULT against Respondent's "REPLY TO PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION AS UNTIMELY". Petitioner makes this motion in lieu of this courts order dated 5/9/08 (Docket No. 2); In which established time frame(s) for Petitioner and Respondent to file "motion(s)" in response and/or "Reply(s)" to any position or legal issue(s) each party has. This court order therein that in lieu of Respondent(s) filing a motion to dismiss Petitioner's Petition on Procedural grounds pursuant to

1 of 4

1  Advisory Committee Notes to Rule 4 of the Rule Governing
2  Section §2254 cases; Petitioner would then have 30 days to file
3  an Opposition or statement of NON-Opposition, and Respond-
4  ent "shall" file with the court and serve on Petitioner a
5  "Reply within 15 days" of the date any Opposition is filed.
6
7  Petitioner filed and served this court and Respond-
8  ent with "OPPOSITION" on June 30th, 2008; Respondent thus
9  had until July 15th, 2008 to file a Reply. Respondent failed to
10 do so; Instead Respondent filed an untimely Enlargement of time
11 to this court, (Enlargement of time should have been denied due
12 to a request for an enlargement of time has to be filed 10 days
13 prior to the court ordered deadline, pursuant to Civil L.R. 6-1(b).
14 Respondent, finally filed an/ the Reply on August 13th, 2008 (29
15 days late).
16 It is Petitioner's position that Respondent has
17 failed to file the court ordered "Reply" to Petitioner's "OPPOSITION",
18 per this Court directive orders, Any and all Federal Civil Procedures and
19 Civil Local Rule(s) that this court used to establish the filing
20 deadline(s); And thus is in "DEFAULT" of this courts order and
21 according to those guide line's.
22
23 CONCLUSION and REQUEST(S)
24
25 Petitioner, respectfully moves and requests
26 that this court finds that: (1) Respondent has "DEFAULTED" as
27 to filing a "Reply" to Petitioner's "opposition" as directed and
28

1  Ordered by this court on May 9th, 2008; and (2) This court
2  issue an order denying the filing of Respondent's "REPLY TO
3  PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS
4  PETITION AS UNTIMELY" and to render it's decision on, "only"
5  the document(s) and paper(s) properly on file in this court.

7           Thank you for your time and consideration.

9  Submitted Respectfully;           *Remon A. Shields*
10                                   MR. REMON A. SHIELDS
                                              pro se.
11 Dated: August 26th, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REMON A. SHIELDS,
_____
Plaintiff or Petitioner

V.

Case Number: C 08 - 0274 JF (PR)

A. SCHWARZENEGGER,
_____
Defendant or Respondent

PROOF OF SERVICE

I hereby certify that on (Date) August 26th, 2008, I served a copy
of the attached PETITIONER MOTION FOR ENTRY OF DEFAULT AGAINST AND OPPOSING THE FILING OF RESPONDENT'S "REPLY TO Petitioner's OPPOSITION TO RESPONDENT'S MOTION TO DISMISS PETITION AS UNTIMELY"

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at CSP-SACRAMENTO / P.O. Box 290066 Represa, CA 95671-0066

(List Name and Address of Each Defendant, Attorney or Court served)

1. Office of the Clerk
United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

2. Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct.

_Remon A. Shields_
(Name of Person Completing Service)

Kenneth A. Shields
CSP-SAC / C-4-106
P.O. Box 290066
Represa, CA 95671-0066

CONFIDENTIAL LEGAL MAIL

Office of the Clerk
United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095



*[signature]* 8-26-y